IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSEPH J. PANEK,<br><br>        Defendant. | 4:12CR3006<br><br>ORDER |

      This matter is before the Court on the government's motion for reduction of sentence, and request for hearing, pursuant to Fed. R. Crim. P. 35(b) (filing 51). The government has represented that the motion is ripe. Accordingly,

      IT IS ORDERED:

1. The government's request for hearing is granted. The hearing will be scheduled when the parties have contacted the Court and agreed upon a date and time;

2. Counsel for the defendant, if previously appointed pursuant to the Criminal Justice Act, is reappointed to represent the defendant for purposes of the Rule 35(b) motion. If retained, counsel for the defendant remains as counsel for the defendant until the Rule 35(b) motion is resolved or until given leave to withdraw;

3. The Federal Public Defender shall provide CJA counsel with a new voucher;

4. The Clerk of the Court shall provide a copy of this order to counsel for the government and counsel for the defendant. The undersigned's judicial assistant will provide a copy to the Federal Public Defender.

Dated this 26th day of November, 2012.

                              BY THE COURT:

                              John M. Gerrard
                              United States District Judge